UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FITZGERALD C. FIELDS, Sr.,   )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br>RANDY TWEETY, et al.,         )<br>                              )<br>            Defendants.       )<br>_____) | No. CV 12-9007-JVS(CW)<br><br>ORDER ACCEPTING REPORT AND<br>AND RECOMMENDATION OF<br>UNITED STATES<br>MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the court has reviewed the record and the Report and Recommendation of the United States Magistrate Judge.  No written objections to the Report have been received.  The Court accepts the findings and recommendation of the Magistrate Judge.

    **IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the minute order filed March 1, 2013 (docket no. 11).

DATED: April 9, 2013

_____
JAMES V. SELNA
United States District Judge