**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| FITZGERALD C. FIELDS, Sr., | ) | No. CV 12-9007-JVS(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| RANDY TWEETY, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: April 9, 2013

_____
JAMES V. SELNA
United States District Judge